Case No.: 6:20-CV-0146 (LEK/ATB)

# EXHIBIT B

<span style="color:red">CLOSED</span>

# U.S. District Court
## Western District of Pennsylvania (Erie)
### CIVIL DOCKET FOR CASE #: 1:17-cv-00031-BR

| | |
|---|---|
| DOE v. ALLEGHENY COLLEGE<br>Assigned to: Judge Barbara Rothstein<br>Cause: 28:1331 Fed. Question | Date Filed: 02/03/2017<br>Date Terminated: 07/24/2017<br>Jury Demand: Plaintiff<br>Nature of Suit: 448 Civil Rights: Education<br>Jurisdiction: Federal Question |

**Plaintiff**

**JOHN DOE**      represented by    **J. Timothy George**
2525 West 26th Street
Suite 200
Erie, PA 16506
(814) 835-0400
Fax: (814) 835-0401
Email: tim@purchasegeorge.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Susko**
The Conrad R.A. Brevillier House
502 Parade Street
Erie, PA 16507
814-455-7612
Fax: 814-461-8585
Email: paul@ksslawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ALLEGHENY COLLEGE**      represented by    **Martha Hartle Munsch**
Reed Smith
225 Fifth Avenue
Pittsburgh, PA 15222
412-288-4118
Fax: 412-288-3063
Email: mmunsch@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Weimer**
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
412-288-7982
Fax: 412-288-3063

| | | |
|---|---|---|
| 04/10/2017 | 18 | MINUTE ORDER granting 2 Plaintiffs Motion for Permission to Proceed Under Pseudonym and for Protective Order. Plaintiff is permitted to proceed in the above action under the pseudonym John Doe. IT IS FURTHER ORDERED that access to his actual identity in connection with this matter shall be limited only to this Court and the Defendant, Allegheny College. Signed by Judge Barbara Rothstein on 4/10/2017. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (jds) (Entered: 04/10/2017) |