UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
JOHN DOE, :
:  **Civil Action No:** 6:20-CV-0146
: (LEK/ATB)
**Plaintiff,** :
:
: **ORDER GRANTING**
-against- : **PLAINTIFF'S *EX PARTE***
: **MOTION TO PROCEED**
: <u>**BY PSEUDONYM**</u>
HAMILTON COLLEGE, :
:
:
**Defendant.** :
---------------------------------------------------------------X

Upon Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order, and upon review of the Complaint, Declaration of Andrew T. Miltenberg, Esq., and exhibits thereto, and Memorandum of Law in Support of Motion, and upon hearing the arguments of the parties, it is hereby:

**ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym is **GRANTED**; and it is further

**ORDERED**, that the Plaintiff's Motion for a Protective Order prohibiting Defendant (and its agents, employees, and representatives) from publicly identifying Plaintiff, in court filings or otherwise, is **GRANTED.**

**Dated:**_____, 2020

_____
, U.S.D.J.