

| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Tara J. Davis | *Senior Litigation Counsel* |
| --- | Diana R. Warshow | Rebecca C. Nunberg |
| Stuart Bernstein | Gabrielle M. Vinci | *Counsel* |
| | Kara L. Gorycki | Jeffrey S. Berkowitz |
| | Cindy A. Singh | *Counsel* |
| | Nicholas E. Lewis | Marybeth Sydor |
| | Adrienne D. Levy | *Title IX Consultant* |
| | Ryaan Nizam | |
| | Regina M. Federico | |

February 27, 2020

**VIA ECF**
Honorable Lawrence E. Kahn, U.S.D.J.
Honorable Andrew T. Baxter, Magistrate Judge
United States District Court
Northern District of New York
Alexander Pirnie Federal Building & U.S. Courthouse
10 Broad St.
Utica, NY 13501

   Re:  John Doe v. Hamilton College, Docket No. 6:20-CV-0146 (LEK/ATB)
       **Attorney Status Letter**

Dear Judge Kahn and Magistrate Judge Baxter:

   The undersigned firm represents the Plaintiff, John Doe, in the above-referenced matter, and respectfully submits this status letter in accordance with correspondence from the Clerk of the Court dated February 12, 2020, requesting attorney Adrienne Levy to advise the Court, in writing, of her admission status to the Northern District of New York.

   As of February 26, 2020, Ms. Levy's application for full admission to the Northern District of New York is fully submitted, with admission pending (and anticipated). Ms. Levy is a member in good standing of the bar of the state of New York, as well as fully admitted to both the Eastern and Southern Districts of New York. Ms. Levy intends to remain counsel of record on this matter.

   Thank you for your time and consideration.

               **Respectfully submitted,**
               **NESENOFF & MILTENBERG, LLP**


               By: /s *Andrew Miltenberg*
                 **Andrew T. Miltenberg, Esq.**

Cc: All counsel (via ECF)