**NESENOFF & MILTENBERG** LLP
New York | Boston

ATTORNEYS AT LAW
_____

nmllplaw.com

| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Tara J. Davis | *Senior Litigation Counsel* |
| _____ | Diana R. Warshow | Rebecca C. Nunberg |
| Stuart Bernstein | Gabrielle M. Vinci | *Counsel* |
| | Kara L. Gorycki | Jeffrey S. Berkowitz |
| | Cindy A. Singh | *Counsel* |
| | Nicholas E. Lewis | Marybeth Sydor |
| | Adrienne D. Levy | *Title IX Consultant* |
| | Ryaan Nizam | |
| | Regina M. Federico | |

November 30, 2020

**VIA ECF**
Honorable Lawrence E. Kahn, District Judge
United States District Court
Northern District of New York
Alexander Pirnie Federal Building & U.S. Courthouse
10 Broad St., Utica, NY 13501

    **Re:**  **John Doe v. Hamilton College, Docket No. 6:20-CV-0146 (LEK/ATB)**
       **Joint Request to Retain Jurisdiction**

Dear Judge Kahn:

   The undersigned firms, representing, respectively, the Plaintiff John Doe and Defendant Hamilton College in the above-referenced matter, pursuant to the Court's November 24, 2020 text order (ECF No. 26), hereby jointly submit this letter request for the Court to retain ancillary jurisdiction over the instant matter for the purpose of enforcing any settlement agreement.

   Thank you for your time and consideration.

                          Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**     **BOND SCHOENECK & KING, PLLC**

By: */s Adrienne Levy*        By: */s Suzanne Messer*
   Adrienne Levy, Esq.           Suzanne Messer, Esq.
   *Attorneys for Plaintiff*          *Attorneys for Defendant*

Dated: _____, 2020

                          **SO ORDERED:**

                          _____
                          Hon. Lawrence E. Kahn, U.S.D.J.